**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TACUMA MWANZA, ) | |
| ) | |
| Petitioner, ) | 2:11-cv-00582-KJD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ATTORNEY GENERAL FOR THE ) | |
| STATE OF NEVADA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by an inmate. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. Petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*.

**IT THEREFORE IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of **a new petition in a new action**.

**IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the same.

1    **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he
2  may not file further documents in this action.
3    **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.
4    DATED:   May 24. 2011

                                           _____
6                                          UNITED STATES DISTRICT JUDGE