UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| TACUMA MWANZA, | ) | |
| Petitioner, | ) | 2:11-cv-00582-KJD-GWF |
| vs. | ) | **ORDER** |
| ATTORNEY GENERAL FOR THE STATE OF NEVADA, *et al.*, | ) ) | |
| Respondents. | ) | |

    This closed action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by an inmate. Petitioner has filed a motion seeking a disposition in this matter. (ECF No. 5). Petitioner is informed that, by order filed May 27, 2011, this action was dismissed without prejudice. (ECF No. 2). Judgment was entered on May 27, 2011. (ECF No. 3).

    Petitioner has also filed a letter with the Court, asking the Clerk to again send him the forms that were sent with the order of May 27, 2011. (ECF No. 6).

    **IT IS THEREFORE ORDERED** that petitioner's motion for disposition (ECF No. 5) is **DENIED AS MOOT.**

1     **IT IS FURTHER ORDERED** that the Clerk of the Court **SHALL SEND** petitioner a copy
2 of the CM/ECF docket printout for this action.

3     **IT IS FURTHER ORDERED** that the Clerk of the Court **SHALL SEND** petitioner: (1) two
4 copies of an *in forma pauperis* application form for a prisoner and instructions for the same; (2) two
5 copies of a blank 28 U.S.C. § 2254 habeas petition form and instructions for the same; (3) a copy of
6 the petition submitted at ECF No. 1; and (4) a copy of the order filed May 27, 2011 (ECF No. 2).

7     **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he
8 shall file no further documents in this closed action.

9     Dated this __15__ day of November, 2013.

11                                                UNITED STATES DISTRICT JUDGE